**Thomas Nicholas MERIWEATHER, Jr., Petitioner–Appellant,**

v.

**Robert SCHIEDLER, Respondent– Appellee.**

**No. 05–35290.**

United States Court of Appeals, Ninth Circuit.

Argued and Submitted Nov. 13, 2006.

Filed Nov. 30, 2006.

Anthony David Bornstein, Esq., Federal Public Defender's Office, Portland, OR, for Petitioner–Appellant.

Carolyn Alexander, Esq., Office of the Oregon Attorney General, Salem, OR, for Respondent–Appellee.

Before: FERGUSON, O'SCANNLAIN, and FISHER, Circuit Judges.

MEMORANDUM *

Because Meriweather violated the conditions of his parole and was reimprisoned

tion and may not be cited to or by the courts

while this appeal was pending, his habeas corpus petition is now moot. *See Burnett v. Lampert,* 432 F.3d 996, 1001 (9th Cir. 2005) (holding habeas petition moot under identical circumstances).

**DISMISSED.**

*This case was not selected for publication in the Federal Reporter*

* This disposition is not appropriate for publication and may not be cited to or by the courts

of this circuit except as provided by 9th Cir. R. 36–3.